IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-CV-811

| | |
|---|---|
| DAVID RYAN WOOD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLPATH, LLC; THE COUNTY OF )<br>ROWAN; J. TRAVIS ALLEN, in his )<br>official capacity; KEVIN AUTEN, in his )<br>individual capacity; GREGORY )<br>HANNOLD, in his individual and )<br>official capacity; OFFICER JERRY )<br>EWART, in his individual capacity; )<br>JOHN DOE )<br>CORPORATION/PENNSYLVANIA )<br>NATIONAL MUTUAL INSURANCE )<br>COMPANY; KEVIN JOHN )<br>CORRIGAN, in his individual capacity; )<br>ASHLEY ROWLAND, in her individual )<br>capacity; JACQUELIN MICHELE )<br>WILLIAMS, in her individual capacity; )<br>and UNKNOWN WELLPATH )<br>PROVIDER(S), )<br>)<br>Defendants. | **WELLPATH, LLC, ASHLEY ROWLAND, AND KEVIN JOHN CORRIGAN'S MOTION FOR EXTENSION OF TIME** |

COMES NOW Wellpath, LLC, Ashley Rowland, and Kevin John Corrigan ("Defendants"), through undersigned counsel, and respectfully show unto the Court that additional time is needed to respond to Plaintiff's Complaint. In support of this Motion, Defendants show unto the Court the following:

1. Plaintiff filed the Complaint in the United States District Court for the Middle District of North Carolina on September 27, 2023.

2. Copies of the Summons and Complaint were served on Defendants on October 16, 2023.

3. Plaintiff's Complaint is 54 pages long, consists of 160 paragraphs of allegations and raises intricate issues which must be thoroughly researched, and additional time is needed to investigate the allegations in Plaintiff's Complaint and available defenses.

4. Defendants understand the Court's desire to prevent unnecessary delays in litigation and certify that this Motion is not made in bad faith or for the purposes of undue delay.

5. All parties consent to an extension of time up to and including December 15, 2023 for Defendants to file a responsive pleading.

Therefore, Defendants respectfully request the Court enter an Order granting this Motion for Extension of Time within which to Answer, object, plead, and otherwise respond to the Complaint, up to and including December 15, 2023.

This the 27th day of October, 2023.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: /s/Megan E. Cook
Jennifer B. Milak – NC State Bar No. 24418
Megan E. Cook – NC State Bar No. 47874
P.O. Box 19207
Raleigh, NC 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
***Attorneys for Defendants Wellpath, LLC,
Ashley Rowland and Kevin John Corrigan***
jmilak@teaguecampbell.com
mcook@teaguecampbell.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Elliot S. Abrams
Chesire Parker Schneider, PLLC
P.O. box 1029
Raleigh, NC 27602
elliot.abrams@chesirepark.com
*Attorneys for Plaintiff*

Kathryn M. Alia (*Pro Hac Vice*)
Elizabeth C. Lockwood (*Pro Hac Vice*)
Ali & Lockwood, LLP
300 New Jersey Avenue, NW, Suite 900
Washington, DC 20001
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
*Attorneys for Plaintiff*

This the 27th day of October, 2023.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: /s/ Megan E. Cook
Megan E. Cook
*Attorneys for Defendants Wellpath, LLC,*
*Ashley Rowland and Kevin John Corrigan*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-CV-811

| | |
|---|---|
| DAVID RYAN WOOD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WELLPATH, LLC; THE COUNTY OF )<br>ROWAN; J. TRAVIS ALLEN, in his official )<br>capacity; KEVIN AUTEN, in his individual )<br>capacity; GREGORY HANNOLD, in his )<br>individual and official capacity; OFFICER )<br>JERRY EWART, in his individual capacity; )<br>JOHN DOE )<br>CORPORATION/PENNSYLVANIA )<br>NATIONAL MUTUAL INSURANCE )<br>COMPANY; KEVIN JOHN CORRIGAN, )<br>in his individual capacity; ASHLEY )<br>ROWLAND, in her individual capacity; )<br>JACQUELIN MICHELE WILLIAMS, in )<br>her individual capacity; and UNKNOWN )<br>WELLPATH PROVIDER(S), )<br>)<br>Defendants. )<br>) | **ORDER** |

In the above-entitled action, Defendants Wellpath, LLC, Ashley Rowland and Kevin John Corrigan, having for good cause shown, made application for additional time within which to respond to Plaintiff's Complaint or otherwise plead;

IT IS NOW ORDERED that Defendants Wellpath, LLC, Ashley Rowland and Kevin John Corrigan be granted additional time within which to respond, to and including the 15th day of December, 2023.

This \_\_\_\_ day of October, 2023.

_____
CLERK OF USDC COURT