IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID RYAN WOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WELLPATH, LLC; THE COUNTY OF )<br>ROWAN; J. TRAVIS ALLEN in his Official )<br>capacity; KEVIN AUTEN in his Individual )<br>capacity; GREGORY HANNOLD in his )<br>Individual and Official capacity; OFFICER )<br>JERRY EWART in his Individual capacity; )<br>JOHN DOE CORPORATION )<br>PENNSYLVANIA NATIONAL MUTUAL )<br>INSURANCE COMPANY; KEVIN JOHN )<br>CORRIGAN in his Individual capacity; )<br>ASHLEY ROWLAND in her Individual )<br>capacity; JACQUELIN MICHELE WILLIAMS )<br>in her Individual capacity; and UNKNOWN )<br>WELLPATH PROVIDER(S), )<br>)<br>Defendants. )<br>) | 1:23CV811 |

**ORDER**

This matter is before the Court on the Motion of Defendants Rowan County, J. Travis Allen, Kevin Auten, Gregory Hannold, and Jerry Ewart for an extension of time in which to file and serve an answer or a motion under Rule 12 in response to the Plaintiff David Ryan Wood's Complaint. The Court finds good cause to allow the request by consent.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #10] is hereby GRANTED, and the time in which Defendants Rowan County, J. Travis Allen,

Kevin Auten, Gregory Hannold, and Jerry Ewart may file and serve their answer or other responsive pleading to the Plaintiff's Complaint is extended up to and through December 15, 2023, and Plaintiff David Ryan Wood shall have until January 19, 2024, to respond to any answer or Rule 12 motion filed by Defendants Rowan County, J. Travis Allen, Kevin Auten, Gregory Hannold, and Jerry Ewart.

This the 6th day of November, 2023.

/s/ Joi Elizabeth Peake
United States Magistrate Judge