IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:23-cv-811

| | |
|---|---|
| DAVID RYAN WOOD,<br><br>      Plaintiff,<br><br>v.<br><br>WELLPATH, LLC; THE COUNTY OF ROWAN; J. TRAVIS ALLEN in his official capacity; KEVIN AUTEN, in his individual capacity; GREGORY HANNOLD in his individual and official capacity; OFFICER JERRY EWART in his individual capacity; JOHN DOE CORPORATION/ PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY; KEVIN JOHN CORRIGAN in his individual capacity; ASHLEY ROWLAND in her individual capacity; JACQUELIN MICHELE WILLIAMS in her individual capacity; UNKNOWN WELLPAT PROVIDER(S),<br><br>      Defendants. | DEFENDANT PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO SERVE MOTIONS, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

      NOW COMES defendant Pennsylvania National Mutual Casualty Insurance Company (incorrectly designated in the caption as Pennsylvania National Mutual Insurance Company but hereinafter referred to as "Penn National") and hereby moves this Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order extending the time for Penn National to file motions, answer, or otherwise respond to plaintiff's Complaint for 30 days up to December 6, 2023. In support of this motion, defendant Penn National respectfully shows unto the Court that the Complaint was served by Federal Express on October 16, 2023; that the time for serving motions or responsive pleadings has not expired, and this defendant needs additional time in which to obtain the necessary information to respond to the Complaint.

      The undersigned represents that he has conferred with counsel for plaintiff, Elliot S. Abrams, and he has no objection to the extension of time requested herein.

{SBH:526978.}

The undersigned respectfully shows that the parties will not be prejudiced in affording this defendant an extension of time to respond to the Complaint.

The undersigned further represents that he is submitting this motion to extend time for the purpose of obtaining additional time for defendant Penn National to respond to the plaintiff's Complaint, and not for the purpose of making a general appearance for defendant Penn National at this time.

WHEREFORE this defendant respectfully prays that the Court enter an Order allowing Pennsylvania National Mutual Casualty Insurance Company an additional thirty (30) days up to and through December 6, 2023, in which to respond to Plaintiff's Complaint as provided by law.

This the 6<u>th</u> day of November, 2023.

s/ Ned A. Stiles
Ned A. Stiles
N.C. State Bar No.: 8997
Attorney for Defendant Pennsylvania National Mutual Casualty Insurance Company
Stiles Byrum & Horne, LLP
The Arlington, Suite 650
325 Arlington Avenue
Charlotte, North Carolina 28203
Telephone: 704-332-2830
Facsimile: 704-332-3281
nstiles@sbhlaw.net

{SBH:526978.}

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document *Defendant Pennsylvania National Mutual Casualty Insurance Company's Motion for Extension of Time to Serve Motions, Answer or Otherwise Respond to Plaintiff's Complaint* with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

>Elliot S. Abrams
>Cheshire Parker Schneider, PLLC
>P.O. Box 1029
>Raleigh, NC 27602
>elliot.abrams@cheshirepark.com
>*Attorneys for Plaintiff*

This the 6th day of November, 2023.

>s/ Ned A. Stiles

{SBH:526978.}