# Exhibit A



November 14, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 817443171132

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | J.WILLIAMS | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | ALBEMARLE, NC, |
| | | **Delivery date:** | Nov 3, 2023 12:46 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 817443171132 | **Ship Date:** | Oct 31, 2023 |
| | | **Weight:** | |

**Recipient:**

ALBEMARLE, NC, US,

**Shipper:**

RALEIGH, NC, US,

**Reference** DAVID RYAN WOOD

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

# FedEx Express US Airbill — Sender's Copy

**FedEx Tracking Number:** 8174 4317 1132
**Form ID No.:** 0215
**MUR1**

## 1 From
- **Date:** 10/31/2023
- **Sender's FedEx Account Number:** [REDACTED]
- **Sender's Name:** Moira E. Bitzenhofer
- **Phone:** (919) 833-3114
- **Company:** CHESHIRE PARKER & SCHNEIDER
- **Address:** 133 FAYETTEVILLE ST
- **City:** RALEIGH **State:** NC **ZIP:** 27601-1356

## 2 Your Internal Billing Reference
David Ryan Wood

## 3 To
- **Recipient's Name:** Jacquelin Michele Williams
- **Phone:** (980) 859-2379
- **Address:** 22246 Oakwood Road
- **City:** Albemarle **State:** NC **ZIP:** 28001

0138928904

## 4 Express Package Service
☑ FedEx 2Day

## 5 Packaging
☑ FedEx Envelope

## 6 Special Handling and Delivery Signature Options
☑ Direct Signature
Dangerous goods: ☑ No

## 7 Payment
☑ Sender

611