IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-cv-00811-LCB-JEP

| | |
|---|---|
| DAVID RYAN WOOD,<br><br>Plaintiff,<br><br>v.<br><br>WELLPATH, LLC; THE COUNTY OF ROWAN; J. TRAVIS ALLEN in his Official capacity; KEVIN AUTEN in his in Individual capacity; GREGORY HANNOLD in his Individual and Official capacity; OFFICER JERRY EWART in his Individual capacity; JOHN DOE CORPORATION PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY; KEVIN JOHN CORRIGAN in his Individual capacity; ASHLEY ROWLAND in her Individual capacity; JACQUELIN MICHELE WILLIAMS in her Individual capacity; and UNKNOWN WELLPATH PROVIDER(S),<br><br>Defendants. | **DEFENDANT PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR A MOTION UNDER RULE 12** |

NOW COMES defendant Pennsylvania National Mutual Casualty Insurance Company, by and through counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6.1, and hereby respectfully moves the Court for a second extension of time in which to file and serve an answer or a motion under Rule 12 in response to the Complaint filed by Plaintiff David Ryan Wood. In support of this Motion, defendant Pennsylvania National Mutual Casualty Insurance Company, states as follows:

1. The undersigned attorney has recently been retained by defendant Pennsylvania National Mutual Casualty Insurance Company to represent it in this case.

2. On November 6, 2023, defendant Pennsylvania National Mutual Casualty Insurance Company moved for an extension of time, until December 6, 2023, to serve motions, answer, or otherwise respond to Plaintiff's Complaint. (Doc. 13). At that time, defendant Pennsylvania National Mutual Casualty Insurance Company was represented by another attorney.

3. The Court granted defendant Pennsylvania National Mutual Casualty Insurance Company's motion for an extension by Docket Text on November 6, 2023.

4. Meanwhile, all of the other defendants represented by the undersigned – Rowan County, J. Travis Allen, Kevin Auten, Gregory Hannold, and Jerry Ewart – moved for, and were granted, an extension of time up to and through December 15, 2023, to serve their answer or Rule 12 motion. (Doc. 12).

5. Defendant Pennsylvania National Mutual Casualty Insurance Company seeks this second extension in order to align the response date for defendant Pennsylvania National Mutual Casualty Insurance Company with the response date for the other defendants represented by the undersigned counsel, to allow for a possible omnibus answer and/or motion under Rule 12 if such is in the best interest of the defendants and permitted by the Court.

6. Thus, the defendant Pennsylvania National Mutual Casualty Insurance Company requests and extension of time, up to and including December 15, 2023, in which to file and serve an answer or a motion under Rule 12 in response to Plaintiff's Complaint.

7. This motion is filed in good faith, and not for the purpose of delay.

8. This matter has obviously not yet been set for trial. As such, granting this motion will not interfere with a scheduled trial date.

9. Pursuant to Local Rule 6.1, counsel for the defendant Pennsylvania National Mutual Casualty Insurance Company consulted with counsel for Plaintiff regarding Plaintiff's position on this motion. Plaintiff consents to this motion on the condition that the time for Plaintiff to respond to any answer or Rule 12 motion filed by the defendant Pennsylvania National Mutual Casualty Insurance Company be moved to January 19, 2024, to accommodate holiday and vacation conflicts of Plaintiff's counsel. The defendant Pennsylvania National Mutual Casualty Insurance Company consents to Plaintiff's condition.

10. The defendant Pennsylvania National Mutual Casualty Insurance Company respectfully requests that it be granted an additional extension of time, up to and through December 15, 2023, in which to file and serve an answer or a motion under Rule 12 in response to Plaintiff's Complaint and that Plaintiff shall be given until January 19, 2024, to respond to any answer or Rule 12 motion filed by the defendant Pennsylvania National Mutual Casualty Insurance Company.

WHEREFORE, the defendant Pennsylvania National Mutual Casualty Insurance Company respectfully requests that the Court grant it additional time, up to and through December 15, 2023, in which to file and serve an answer or a motion under rule 12 in response to Plaintiff's Complaint, and that Plaintiff be granted an extension of time, up to and through January 19, 2024, to respond to any answer or Rule 12 motion filed by the defendant Pennsylvania National Mutual Casualty Insurance Company.

Respectfully submitted this the 30th day of November, 2023.

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail:  Jim.Morgan@wbd-us.com
*Attorney for Defendants Rowan County, J. Travis Allen, Kevin Auten, Gregory Hannold, Jerry Ewart, and Pennsylvania National Mutual Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, I electronically filed the foregoing **DEFENDANT PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR A MOTION UNDER RULE 12** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all Counsel of record.

/s/ *James R. Morgan, Jr.*
James R. Morgan, Jr.
N.C. State Bar No. 12496
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3710
Facsimile: (336) 733-8394
E-mail: Jim.Morgan@wbd-us.com
*Attorney for Defendants Rowan County, J. Travis Allen, Kevin Auten, Gregory Hannold, Jerry Ewart, and Pennsylvania National Mutual Casualty Insurance Company*