IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DAVID RYAN WOOD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 1:23CV811 |
| | ) | |
| v. | ) | |
| | ) | |
| WELLPATH, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Motion of Defendant Pennsylvania National Mutual Casualty Insurance Company for an extension of time in which to file and serve an answer or a motion under Rule 12 in response to the Plaintiff David Ryan Wood's Complaint. The Court finds good cause to allow the requested extension.

IT IS HEREBY ORDERED that the Motion for Extension of Time [Doc. #23] is GRANTED, and the time in which Defendant Pennsylvania National Mutual Casualty Insurance Company may file and serve their answer or other responsive pleading to the Plaintiff's Complaint is extended up to and through December 15, 2023. Plaintiff David Ryan Wood shall have until January 19, 2024, to respond to any Rule 12 motion filed by Defendant Pennsylvania National Mutual Casualty Insurance Company.

This, the 4th day of December, 2023.

                                                     /s/ Joi Elizabeth Peake
                                                  United States Magistrate Judge