IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID RYAN WOOD, | ) | |
| Plaintiff, | ) ) | |
| v. | ) | 1:23CV811 |
| WELLPATH, LLC *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**IT APPEARING TO THE COURT** that action in the above-entitled case has been stayed pending disposition of the proceedings in a Bankruptcy Court which may become dispositive of this litigation;

**IT IS ORDERED** that the Clerk of Court **TERMINATE THIS ACTION** administratively in his records; and that any party shall have the right to reopen this case for any purpose on motion and notice to all other parties, without prejudice to the rights of any of the parties, at any time prior to the 90th day after the final termination of the bankruptcy proceedings.

This, the 21st day of November 2024.

/s/ Loretta C. Biggs
United States District Judge