# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID RYAN WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:23CV811 |
| | ) | |
| WELLPATH, LLC *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED ORDER**

**IT APPEARING TO THE COURT** that action in the above-entitled case as to Defendants Wellpath, LLC, Kevin John Corrigan, Ashley Rowland, and Jacqueline Michele Williams has been stayed pending disposition of the proceedings in a Bankruptcy Court which may become dispositive of this litigation;

**IT IS ORDERED** that the Clerk of Court **terminate this action administratively** as to Defendants Wellpath, LLC, Kevin John Corrigan, Ashley Rowland, and Jacqueline Michele Williams in his records; and that any party shall have the right to reopen this case as to Defendants Wellpath, LLC, Kevin John Corrigan, Ashley Rowland, and Jacqueline Michele Williams for any purpose on motion and notice to all other parties, without prejudice to the rights of any of the parties, at any time prior to the 90th day after the final termination of the bankruptcy proceedings.

The 2nd day of December 2024.

/s/Loretta C. Biggs
United States District Judge