IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-CV-811

| | |
|---|---|
| DAVID RYAN WOOD, | ) |
|     Plaintiff, | ) |
| vs. | ) |
| WELLPATH, LLC; THE COUNTY OF ROWAN; J. TRAVIS ALLEN, in his official capacity; KEVIN AUTEN, in his individual capacity; GREGORY HANNOLD, in his individual and official capacity; OFFICER JERRY EWART, in his individual capacity; JOHN DOE CORPORATION/PENNSYLVANIA NATIONAL MUTUAL INSURANCE COMPANY; KEVIN JOHN CORRIGAN, in his individual capacity; ASHLEY ROWLAND, in her individual capacity; JACQUELIN MICHELE WILLIAMS, in her individual capacity; and UNKNOWN WELLPATH PROVIDER(S), | ) **DEFENDANT WELLPATH, LLC'S WITHDRAWAL WITHOUT OF PREJUDICE OF ITS JULY 15, 2025 MOTION TO DISMISS** |
|     Defendants. | ) |

Defendant Wellpath, LLC withdraws, without prejudice, its July 15, 2025 Motion to Dismiss and does not waive its ability to resubmit the Motion to Dismiss at the conclusion of the claims resolution process set forth in the Chapter 11 Plan established in the Bankruptcy matter. [DE 66] On May 19, 2025, Plaintiff notified the Court that he did not intend to press his claims against Wellpath, LLC at this time in this Court. [DE 61]. On June 17, 2025, this Court entered an Order staying Plaintiff's claims against Wellpath, LLC pending the completion of the claims resolution process set forth in the Charter 11 Plan established in the Bankruptcy matter [DE 62]. For these reasons, Wellpath, LLC withdraws its July 15, 2025 Motion to Dismiss without

1

prejudice. Wellpath, LLC does not withdraw its pending December 15, 2023 Motion to Dismiss. [DE 33]

This the 20th day of August, 2025.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: /s/ *Jennifer Milak*
Jennifer B. Milak
N.C. State Bar No. 24418
Post Office Box 19207
Raleigh, North Carolina 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
jmilak@teaguecampbell.com
***Attorney for Defendant Wellpath LLC***

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record via email as follows:

Elliot S. Abrams
Erin L. Wilson
Chesire Parker Schneider, PLLC
P.O. Box 1029
Raleigh, NC 27602
elliot.abrams@cheshirepark.com
erin.wilson@cheshirepark.com
***Attorneys for Plaintiff***

Kathryn M. Alia (*Pro Hac Vice)*
Elizabeth C. Lockwood (*Pro Hac Vice*)
Meghan Palmer (*Pro Hac Vice*)
Ali & Lockwood, LLP
501 H Street NE, Suite 200
Washington, DC 20002
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com
***Attorneys for Plaintiff***

James R. Morgan, Jr.
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
jim.morgan@wbd-us.com
***Attorney for Defendants Rowan County,***
***J. Travis Allen, Kevin Auten, Gregory Hannold,***
***And Jerry Ewart***

This the 20th day of August, 2025.

                                                 **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

                                                 BY: */s/ Jennifer Milak*_____
                                                     Jennifer B. Milak – N.C. State Bar No. 24418
                                                     Post Office Box 19207
                                                     Raleigh, North Carolina 27619-9207
                                                     Telephone: (919) 873-0166
                                                     Facsimile: (919) 873-1814
                                                     jmilak@teaguecampbell.com